234 So.2d 195

**Jessie Mae SMITH**

v.

**PHOENIX ASSURANCE CO. OF NEW YORK.**

No. 50511.

May 4, 1970.

In re: Jessie Mae Smith applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 231 So.2d 733.

Writs refused. On the facts found by the Court of Appeal there is no error of law.

234 So.2d 195

**STATE of Louisiana**

v.

**BROWN'S THRIFT CITY ETHICAL PHARMACY, INC.**

No. 50517.

May 4, 1970.

In re: Brown's Thrift City Ethical Pharmacy, Inc. applying for writ of certiorari.

The application is denied. The showing made does not warrant the relief sought.